IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>    **Plaintiff,**<br><br>    v.<br><br>**GLORIA BAUZO-VAZQUEZ (3),**<br><br>    **Defendant**. | **CRIMINAL NO. 15-612 (PAD)** |

**ORDER**

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Marcos E. López regarding the Rule 11 proceeding of defendant, Gloria Bauzo-Vázquez. (Docket No. 201), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Counts Four and Fourteen of the Indictment.

The court notes that a Presentence Investigation Report was ordered (Docket No. 222). The Sentencing Hearing is set for January 9, 2017 at 10:00 a.m. The parties shall file their Sentencing Memoranda by December 23, 2016.

    **SO ORDERED.**

In San Juan, Puerto Rico, this 18th day of October, 2016.

                                                                   S/Pedro A. Delgado-Hernández
                                                                   PEDRO A. DELGADO HERNANDEZ
                                                                   United States District Judge